UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Cause No. 2:08-CR-0014-WTL-CMM |
| JAMES CHAMBERS, | ) ) | |
| Defendant. | ) ) | - 09 |

**REPORT AND RECOMMENDATION**

On October 31, 2017 and December 1, 2017, the Court held hearings on the Petitions for Warrant or Summons for Offender Under Supervision filed on October 6, 2017 and October 24, 2017. Defendant Chambers appeared in person with his appointed counsel John Kesler. The government appeared by Bradley Blackington, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jennifer Considine.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Chambers of his rights and provided him with a copy of the petition. Defendant Chambers orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Chambers admitted violation(s) 1 and 1a, in addition to a positive drug test from October 25, 2017. [Docket No. 712.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall refrain from any unlawful use of a controlled substance"<br><br>On September 26, 2017, Mr. Chambers submitted a urinalysis which tested positive for amphetamines. On October 6, 2017, this officer confronted Mr. Chambers about this most recent use of amphetamines, and he admitted to the use of methamphetamines on September 23, 2017. Additionally, he admitted to using methamphetamine on October 1, 2017. Since August 25, 2017, Mr. Chambers has had three additional positive urinalyses for amphetamines, which have been reported to the Court. |
| 1a | "The defendant shall refrain from any unlawful use of a controlled substance"<br><br>On October 16, 2017, Mr. Chambers submitted a urinalysis which tested positive for amphetamines. On October 23, 2017, this officer confronted Mr. Chambers about his most recent use of amphetamines, and he admitted the use of methamphetamines on October 14, 2017. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. Parties jointly recommend eighteen (18) months of imprisonment, with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in

the petitions, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of – eighteen (18) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The defendant is eligible for credit to October 31, 2017, when he was ordered detained pending the outcome of this proceeding.

The defendant requested, and the Magistrate Judge agrees, that a recommendation to the Bureau of Prisons for "camp placement" would be appropriate and that the defendant be considered as a candidate for placement at the farm camp at FCC-Terre Haute.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have 14 days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.


Dated: December 1, 2017

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal